**FILED**

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

DEC 30 2015
Clerk, U.S. District Court
Texas Eastern

EASTERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| Cory Carnell Mitchell | Case Number: 6:15-MJ-139 |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **12/7/2015** (Date) in **Panola** County, in the **Eastern** District of **Texas** defendant(s) did,

*(Track Statutory Language of Offense)*
Conspiracy to Commit Kidnapping

in violation of Title **18** United States Code, Section(s) **1201(c)**.

I further state that I am a(n) **special agent with the ATF** (Official Title) and that this complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part of this complaint: ☑ Yes ☐ No

_____
Signature of Complainant

S/A CRAIG REDDEN
Printed Name of Complainant

Sworn to before me and signed in my presence,

**12-30-15** at **Tyler** **Texas**
Date         City       State

| Magistrate Judge | |
|---|---|
| Name of Judge | Title of Judge |

Signature of Judge